Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,141,729
Registered Sep. 12, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# HOLY COW!

HARRY CARAY, LTD. (ILLINOIS CORPORATION)
14TH FLOOR
116 S. MICHIGAN AVE.
CHICAGO, IL 60603

FOR: RESTAURANT AND BAR SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-21-1987; IN COMMERCE 10-21-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,216,797.

SER. NO. 78-717,553, FILED 9-21-2005.

HOWARD B. LEVINE, EXAMINING ATTORNEY

Group Exhibit 1

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 2,216,797
Registered Jan. 12, 1999

## SERVICE MARK
### PRINCIPAL REGISTER
### CONCURRENT USE

## HOLY COW!

HARRY CARAY, LTD. (ILLINOIS CORPORATION)
180 EAST PEARSON, UNIT 4101
CHICAGO, IL 60611

  FOR: BAR AND RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).
  FIRST USE 10-21-1987; IN COMMERCE 10-21-1987.
  REGISTRATION IS LIMITED TO THE AREA CONSISTING OF THE STATES OF ALABAMA, ARKANSAS, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, ILLINOIS, INDIANA, IOWA, KANSAS, KENTUCKY, LOUISIANA, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MISSISSIPPI, MISSOURI, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, NORTH DAKOTA, OHIO, OKLAHOMA, PENNSYLVANIA, RHODE ISLAND, SOUTH CAROLINA, SOUTH DAKOTA, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WEST VIRGINIA, AND WISCONSIN. CONCURRENT USE PROCEEDING NO. 1086 WITH SERIAL NO. 74/350,870.

  SER. NO. 74-635,012, FILED 2-9-1995.

  RONALD R. SUSSMAN, EXAMINING ATTORNEY