Case 3:24-cv-02214-N   Document 1-3   Filed 08/27/24   Page 1 of 1   PageID 24

RESTAURANTS          RESERVE

TO GO+DELIVERY       PRIVATE EVENTS

ABOUT          CONTACT                                    CART (0)

GIFT CARDS + RETAIL

# A CHICAGO ICON

HARRY CARAY'S RESTAURANT GROUP began when the first Harry Caray's Italian Steakhouse opened in River North in 1987 to celebrate the Hall of Fame broadcaster and his love for Chicago sports, great food and drink—and most of all—the fans. His legacy has since grown to include seven restaurants, an offsite catering company and the Chicago Sports Museum.

Whether you're coming for a sizzling USDA prime steak at one of our steakhouses, smokey barbecue at Navy Pier, or a juicy burger on the Mag Mile followed by playtime at the Chicago Sports Museum right next door, you'll find the same exceptional service and outstanding quality. We look forward to welcoming you!

Holy Cow! Thanks for stopping by!

The Company | Media Kit | Employment | Contact



Exhibit 2