# HARRY CARAY'S SHORTSTOP

RESTAURANT & SPORTS BAR

## STARTERS

**HARRY'S CALAMARI  $17.99**
Horseradish Cocktail Sauce

**TOASTED RAVIOLI v  $12.99**
Italian Sausage or Four Cheese, Marinara

**BLUE CHEESE HOLY COW!® CHIPS v  $11.99**
Blue Cheese Fondue, Tabasco, Gorgonzola, Pancetta, Scallions

**HUMMUS* V / VG / GF  $13.99**
Carrots, Cucumbers, Radishes, Pita

**CHICKEN WINGS GF  $13.99**
Plain, Buffalo, or Sweet & Spicy

**QUESADILLAS  $13.99**
Veggie / Grilled Chicken / Buffalo Chicken $14.99

## SOUP & SALADS

**SOUP OF THE DAY  $5.99**

**KALE CAESAR* V / GF  $12.99**
Tuscan Kale, Shaved Parmigiano-Reggiano, Garlic Croutons | Add Grilled Chicken $3.00

**CHICKEN CHOPPED GF  $18.99**
Mixed Greens, Avocado, Green Onions, Tomatoes, Pancetta, Gorgonzola, Sweet Herb Vinaigrette

**QUINOA BOWL  $13.99**
Avocado, Gala Apples, Radishes, Edamame, Watercress, Tomato Miso Vinaigrette

**SIDE MIXED BABY GREENS* V / VG / GF  $9.99**
Carrots, Radishes, Cucumber, Grape Tomatoes, Red Onion, Balsamic Vinaigrette

## MAIN COURSE
SERVED WITH HOLY COW!® POTATO CHIPS, FRIES OR SIDE SALAD

**BLACKENED TALLGRASS BURGER* GF  $18.99**
Bill Kurtis' Grass-Fed Blackened Beef Burger, Pepper Jack, Pickled Jalapeños, Chipotle Aioli, Crisp Tortilla Strips, Brioche Bun

**TURKEY BURGER* GF  $16.99**
Grilled Pineapple, Grilled Red Onions, Sharp White Cheddar, Smoky Bourbon Barbecue Sauce, Pretzel Roll

**HOLY COW!® BURGER GF  $18.99**
Candied Applewood Smoked Bacon, Smoked Gouda, Lettuce, Harry's Steak Sauce, Brioche Bun

**BEYOND BURGER®* GF  $16.99**
Plant-Based Burger, Basil Goat Cheese, Pickled Onions, Baby Arugula, Roasted Garlic Aioli

**BUFFALO CHICKEN WRAP  $15.99**
Shredded Carrots, Green Onions, Tomato, Lettuce, Crumbled Blue Cheese, Ranch Dressing

**ROASTED TURKEY SANDWICH  $15.99**
Aged White Cheddar, Applewood Smoked Bacon, Arugula, Basil Aioli, Nine Grain Bread

**TRIPLE PLAY GRILLED CHEESE v  $10.99**
Gruyere, Smoked Gouda, Cheddar, Arugula, Tomato, Nine Grain Bread

**CHICKEN TENDERS  $13.99**
Available in Plain, Buffalo, and Sweet & Spicy

**FISH AND CHIPS  $17.99**
Beer Battered Cod, Fries, Tartar Sauce, Malt Vinegar

## DESSERT

**WARM APPLE TART v  $9.99**
Homer's Vanilla Bean Ice Cream

**HOMER'S ICE CREAM GF  $4.99**
Vanilla Bean or Cappuccino Chocolate Chip

* = Healthy option / **V** = Can be made vegetarian / **VG** = Can be made vegan / **GF** = Can be made gluten free
Consuming raw or undercooked meats, poultry, seafood or eggs may increase your risk for foodborne illness.

Exhibit 3

## COCKTAILS

**CHICAGO SOUR** $19.79
Maker's Mark Bourbon, Fresh Lemon Juice, Simple Syrup, Merlot Float

**PALOMA** $19.79
Olmeca Altos Plata Tequila, Ruby Red Grapefruit Juice, Fresh Lime Juice, Club Soda, Simple Syrup

**KICKING MULE** $19.79
Absolut Vodka, Gosling's Ginger Beer, Pineapple Juice, Fresh Lime Juice, Jalapeño Extract, Sliced Jalapeño

**MR. TEA** $19.79
Gentleman Jack, Peach Liqueur, Iced Tea, Fresh Lemon Juice, Simple Syrup

**NITTI GRITTY OLD FASHIONED** $19.79
George Remus Bourbon, Angostura Bitters, Demerara Syrup, Amarena Cherry Garnish

**CUBBIE BLUE** $19.79
Bacardi Superior White Rum, Blue Curaçao, Amaretto, Fresh Lemon Juice, Simple Syrup

**HARRY MARY** $19.79
Absolut Peppar Vodka, Harry's Signature Bloody Mary Mix, Celery, Lemon, Olives, Celery Salt Rim

## MARTINIS

**THE DUTCHIE** $19.79
Absolut Vodka, Raspberry Purée, Fresh Lemon Juice, Sugar Rim

**SOUTHSIDE** $19.79
Sipsmith London Dry Gin, Angostura Bitters, Fresh Lime Juice, Simple Syrup

**NAVY PEAR** $19.79
Grey Goose La Poire Vodka, Elderflower Liqueur, Angostura Bitters, Lemon Sour

## BEER

### BOTTLES & CANS

**BLUE MOON** $9.99
**BUD LIGHT** $9.99
**BUDWEISER** $9.99
**COORS LIGHT** $9.99
**CORONA** $9.99
**CORONA LIGHT** $9.99
**MICHELOB ULTRA** $9.99
**MILLER LITE** $9.99
**MODELO** $9.99
**MOOR'S IPA** $9.99
**MOOR'S SESSION ALE** $9.99
**SAMUEL ADAMS LAGER** $9.99
**SIERRA NEVADA IPA** $9.99
**STELLA ARTOIS** $9.99
**312** $9.99
**O'DOULS**NA $9.99
**ANGRY ORCHARD CRISP APPLE**GF $9.99
**TRULY HARD SELTZER**GF $9.99

### DRAFT 16 oz | 20 oz

**3 FLOYDS GUMBALL HEAD** $9.00 | $11.25
**BLUE MOON** $9.00 | $11.25
**BUD LIGHT** $9.00 | $11.25
**GOOSE ISLAND GREEN LINE** $9.00 | $11.25
**LAGUNITAS IPA** $9.00 | $11.25
**MAPLEWOOD SON OF A JUICE** $9.00 | $11.25
**MOODY TONGUE HERE'S TO HARRY AMBER ALE** $9.00 | $11.25
**REVOLUTION ANTI-HERO** $9.00 | $11.25
**SAMUEL ADAMS SEASONAL** $9.00 | $11.25
**STELLA ARTOIS** $9.00 | $11.25
**ASK ABOUT OUR 12TH TAP!**

**GF** = gluten free | **NA** = non-alcoholic

Exhibit 3