Case 3:24-cv-02214-N   Document 1-6   Filed 08/27/24   Page 1 of 2   PageID 28



RESTAURANTS          RESERVE

TO GO+DELIVERY       PRIVATE EVENTS

CART (0)

ABOUT            CONTACT

GIFT CARDS + RETAIL

# T SHIRTS, HATS, & COLLECTIBLES


Harry Caray's Sticker Sheet
$4.95


Beary Caray Ringer Tee
$27.95


Beary Caray Blue Tee
$27.95


Harry Face Pride Tee (Proceeds Benefit the LGBTQ Community)
$27.95


Harry Face Black Tee
$24.95


Harry Face White Tee
$24.95


Harry Face Pink Tee (Proceeds Benefit Breast Cancer Research)
$27.95


Marquee Tee
$27.95


Vote for Harry Tee
$12.95


Property of Harry Caray's
$19.95


Harry 45 T-Shirt
$16.95


#108 WE DID IT!!!
$16.95








Exhibit 5

|  Harry Carays Black Fleece $59.95 |  Harry Carays Steak Knives (Set of 4) $49.95 |  Beary Caray Bib $15.95 |  Holy Cow!© Hat $19.95 |  Jumbo Harry Glasses $5.95 | Bulls Polos $31.95 |

|  Bulls Raglan $18.95 |  Bulls L/S Hoodie $18.95 | Hawks Black Youth Tee $22.00 | Womens Blackhawks Sparkle Long Sleeve $28.95 | Blackhawks Womens Raglan Shirt $29.95 | Youth Blackhawks Faceoff $22.00 |

| Youth Blackhawks Sweatshirt $32.00 | Men's Red Blackhawks Logo w/Kane $22.00 |

## Holy Cow! Thanks for stopping by!

    

Exhibit 5