

Group Exhibit 6



Group Exhibit 6