Case 3:24-cv-02214-N   Document 1-8   Filed 08/27/24   Page 1 of 3   PageID 32



RESTAURANTS       RESERVE        TO GO+DELIVERY

PRIVATE EVENTS       ABOUT        CONTACT                                         CART (0)

GIFT CARDS + RETAIL





**THURSDAY**
**MAY 2, 2024**

**THE SCORE LIVE**
**RADIO BROADCAST**
4PM-7PM

**TOAST TIME**
5:30PM

### HARRY CARAY'S TAVERN NAVY PIER
700 EAST GRAND AVENUE

Fans are invited to join in the annual celebration of Harry Caray's extraordinary life on May 2nd at Harry Caray's Tavern on Navy Pier, to honor the 26th Anniversary of Harry's passing. This year's toast is an homage to all things cow-related with an udderly legen-dairy celebration themed around Harry's famous catchphrase: "Holy Cow!"

Actor *Jason Alexander*, who is in Chicago starring in the world premiere of *Judgment Day* at Chicago Shakespeare Theater on Navy Pier, will be stepping in as Toastmaster for the event. Jason will be joined by actor and former *Saturday Night Live* comedian *Chris Kattan*, former Harry Caray's server turned star of *Desperate Housewives* and *Good Witch* *James Denton*, former Cubs pitcher *Ryan Dempster*, and White Sox legend *Ron Kittle*, among others.

Exhibit 7

Case 3:24-cv-02214-N    Document 1-8    Filed 08/27/24    Page 2 of 3    PageID 33



This year's Worldwide Toast promises to be a *Holy Cow!* extravaganza with guests encouraged to don their best cow attire, ring their cowbells, and tip their cowboy hats in honor of the head honcho of "Holy Cow!". The famous **Shannon Rovers** will help kick-off the cow-centric celebration with a Morning Rally (cows love bagpipers, just Google it). **Bill Hook**, Principal of Chicago High School for Agricultural Sciences, will take on the roll of Cow-ordinator corralling two 800lb Black Angus cows to Harry Caray's Tavern to partake in the morning's festivities. A special cow pen will be created on-site allowing the benevolent bovines to remain on the restaurant's patio for guests to view and take photos with from 4:45am to 6:30pm.

Harry's trademark catchphrase has become synonymous with his larger-than-life personality, which catapulted him beyond a baseball broadcasting legend into mainstream pop culture, and has transcended life itself. To commemorate his legacy, Hollywood special effects artist Kevin Kirkpatrick's supersized, and eerily hyper-realistic, Harry Caray sculpture will be on display.

Keeping with the cow moo-tif, this year also marks the 25th Anniversary of the 1999 Chicago-based art installation *Cows on Parade* which featured over 300 life-size fiberglass cows around the city. Harry Caray's Restaurant Group maintains the largest collection of original cows from the installation with five in total. Several of the original sculptures from the painted herd will be on display at the restaurant for the event including "Holy Cow!", "Mooving Eli", "End of the Parade", and more.

The Score's **Parkins & Spiegel Show** will broadcast live from the Toast from 4p– 7pm. **Jason Alexander** will lead the toast at 5:30pm, joined on stage by **Chris Kattan, James Denton, Ryan Dempster**, **Ron Kittle** and more, inviting all to partake in raising a Budweiser to the man, the myth, and the unforgettable catchphrase that continues to unite us all.

Fans who can't join the ceremony at Harry's can listen live on 670AM in the Chicagoland area or watch live online at TheScore.com to join in and raise a glass to Harry from anywhere in the world.



CLICK TO SEE HOW YOU LOOK IN HARRY'S GLASSES!



STAY UP TO DATE ON TOAST DETAILS!

## RECAP OF LAST YEAR'S TOAST

Exhibit 7

Case 3:24-cv-02214-N    Document 1-8    Filed 08/27/24    Page 3 of 3    PageID 34

  

## PHOTOS FROM PREVIOUS TOASTS



**TOAST TO HARRY MEDIA KIT**

> Steve, you know I'll be with you in spirit," Harry said, "And with spirits, if you know what I mean.

Holy Cow! Thanks for stopping by!

The Company | Media Kit | Employment | Contact



Exhibit 7