

Exhibit 9