









Case 3:24-cv-02214-N   Document 1-11   Filed 08/27/24   Page 3 of 5   PageID 39



Harry Caray's award-winning, handmade Holy Cow!® Potato Chips have been a staple on the bar since Chicago's legendary Harry Caray's Italian Steakhouse opened in 1987 to celebrate the Hall of Fame broadcaster and his love for Chicago sports, great food and drink—and most of all—the fans.

Selected as the "Best Munchie in America" by Reader's Digest, these all natural, kettle-cooked potato chips are hand-cooked daily at our restaurants in Chicago.

*We infuse our chips with Harry's zest for life, so dig in and live life loud like Harry!*








Made Fresh Daily in Chicago

33 West Kinzie Street

Chicago, Illinois 60654



