

ORDER @ OAKLAND GARDENS (HTTPS://ORDER.TOASTTAB.COM/ONLINE/HOLY-COW-OAKLAND-GARDENS-7835-SPRINGFIELD-BLVD)

**PLACE A CATERING ORDER FOR YOUR NEXT PARTY OR EVENT:**

CATERING (HTTPS://WWW.HOLYCOW.NYC/CATERING)

## About Holy Cow

Holy Cow is a burger joint born in the Lower East Side (https://www.toasttab.com/holy-cow/v3) neighborhood of New York City in 2018. Since then we've expanded into Queens, Long Island, and New Jersey! Our burgers are made with the highest quality meat and our customers especially love that we offer Vegetarian, Vegan, and Gluten-Free options!

We're pretty new on the block, but we have already garnered rave reviews because our burgers are made with the highest quality meat, which is literally blessed. The meat for our burgers is ethically sourced and our animals are fed on high-quality grass-corn ratios, giving you the most flavorful meat. It comes from the highest grade humanely hand-slaughtered meat company, Hal&Al (http://halandalmeats.com/). For our vegan and vegetarian friends, we also offer the Impossible Burger (https://impossiblefoods.com/).

We guarantee the best hand-rolled buns you'll find in the city. After just one bite of our Holy Burger, you'll feel our passion for the burger-making craft. Tender, juicy and lightly charred, you just can't go wrong with a burger when you're having it with us. Our meats are fast, but they're not "fast food." Once you've tried them, there's simply no going back.

We keep our menu small and our quality high. The Holy Chicken, The Holy Burger, The Classic, and The Impossible Burger are some of our signature dishes. Make sure you round out your meal with an order of golden brown and delicious French fries and a creamy, dreamy soft-serve milkshake. Check our menu to discover the highest grade of halal burgers in NYC.







https://www.holycow.nyc/        Exhibit 12                    08/15/2024



Holy Burger



Classic Burger



Holy Chicken



Impossible™ Burger



Holy Dog



Van Leeuwen™ Milkshake



Fries



Gluten-Free Options



Vegan Options

ORDER NOW (HTTP://TOASTTAB.COM/HOLY-COW)

check out our secret menu on twitter (https://twitter.com/holycownyc) (in-store only)

https://www.holycow.nyc/     Exhibit 12     08/15/2024

CONNECT WITH US

© 2020 Holy Cow Restaurant. Powered by Hal&Al Meats and Provisions.