UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

HARRY CARAY LTD. §
    *Plaintiff* §
§
§
v. § Case No. 3:24-cv-02214
§
§
HOLY COW DALLAS LLC, et al. §
    *Defendant* §
§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Charles T. Riggs Jr._____, with offices at

551 Forest Ave._____
(Street Address)

River Forest_____  IL_____  60305_____
(City)                                                              (State)            (Zip Code)

708-828-6130_____     _____
(Telephone No.)                                             (Fax No.)


**II.**    Applicant will sign all filings with the name Charles T. Riggs Jr._____.


**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

HARRY CARAY LTD.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Illinois_____, where Applicant regularly practices law.

Bar license number: 6225931      Admission date: 11/10/1994

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

No

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Macdonald Devin Madden Kenefick & Harris, P.C._____, who has offices at

12770 Coit Road, Suite 1100
(Street Address)

Dallas                              Texas                 75251
(City)                              (State)               (Zip Code)

214-744-3300                        214-747-0942
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   28   day of August                  , 2024   .

Charles T. Riggs Jr.
Printed Name of Applicant

/s/Charles T. Riggs Jr.
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.